# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

## CIVIL COVER SHEET

This form is REQUIRED for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. IN RE: Bankruptcy Case No. __14-41678(cec)_____ Ad v.

Pro. No. *(if applicable)*_____

### Bankruptcy Appeal

| APPELLANTS | APPELLEES |
|---|---|
| Eric H. Richmond | P.B. #7, LLC |

ATTORNEYS (FIRM NAME, ADDRESS, TEL. NO.)
Eric Richmond, Pro Se
227 4th Avenue
Brooklyn NY 11215
(646) 256 – 9613

ATTORNEYS (IF KNOWN)
Glenn P. Warmuth
Stim and Warmuth
2 Eighth Street
Farmingville, NY 11738 - Ph - 631-732-2000

BASIS OF JURISDICTION: Federal Question

CAUSE OF ACTION - 28:1 334 Bankruptcy Appeal (*Write brief statement of cause.*)
The Bankruptcy court declined to address significant issues raised in the objection to claim including, but not limited to, a fraudulent assignment of Mortgage by Select Portfolio Servicing, a non-original note once the fraudulent assignment of mortgage was found, the failure of the Trust to produce an original note and the allegation that the note was not an original and the impact if it is not original.

In addition the Bankruptcy Court erroneously interpreted the confirmation orders of the New Century Mortgage Companies and erroneously interpreted Maine law and erroneously used a withdrawn Maine Law.

In summation, the court failed to actually address most of Appellants arguments.

This failure to address anything in the motion compels the Debtor to appeal to get any redress before the courts.

NATURE OF SUIT: 422 Bankruptcy
Appeal (801) RELATED CASE(S) IN
DISTRICT COURT, IF ANY

DISTRICT JUDGE_____ DOCKET NUMBER_____
CIVIL CASES ARE DEEMED RELATED IF PENDING CASE INVOLVED:
 1. PROPERTY INCLUDED IN AN EARLIER NUMBERED PENDING SUIT
 2. SAME ISSUE OF FACT OR GROWS OUT OF THE SAME TRANSACTION
 3. VALIDITY OR INFRINGEMENT OF THE SAME PATENT COPYRIGHT OR TRADEMARK
Date:__08/21/2015__ Signature of Attorney of Record:_____[or Appellant Pro Se]
**FOR COURT USE ONLY**
APPLYING IFP_____ JUDGE_____ MAG. JUDGE_____

**CIVIL COV ER SHEE T, Bankruptcy Appeal** (cont'd)

Did the cause of action arise in Nassau o r Suffolk County? NO

If YE S, please indicate which county:_____

I am currently admitted in the E astern District of New York and currently a member in good

standing of the bar of this court. YES                                **NO - X**

Are yo u currently the subject of any disciplinary action(s ) in this or any other state or federal court?

YES    (If yes, please explain)              **NO - X**

Please provide your bar code and e-mail address below. Your bar code consists of the initials of your first and last name and the last four digits of your social security number, or any other four-digit number registered by the attorney with the Clerk of Court. This information must be p rovided pursuant to loca l rule 11.1(b ) of the local civil rules.

Attorney Bar Code: NONE

E-M ail Addre ss: brooklynlyceum@gmail.com

USBC-84 [r.4/10/03]]