14-41678
Richmond



BANKRUPTCY
Clerk of the
COURT

*FILED*
2015 AUG 21  PM 6:32
CLERK
U.S. DISTRICT COURT
E.D.N.Y.
AFTER HOURS DROP BOX