## Notice Recipients

District/Off: 0207−1           User: cteutonic           Date Created: 8/25/2015
Case: 1−14−41678−cec           Form ID: pdf000           Total: 4

**Recipients of Notice of Electronic Filing:**
ust         Office of the United States Trustee         USTPRegion02.BR.ECF@usdoj.gov
tr          Michael J. Macco         ecf@maccosternlaw.com
aty         Glenn P Warmuth          gpw@stim−warmuth.com
aty         Michael J. Macco         ecf@maccosternlaw.com

TOTAL: 4