UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:                                                                    Case No. 14-41678-cec

   Eric H. Richmond                                             Chapter: 13




                                             Debtor
---------------------------------------------------------------x

## TRANSMITTAL OF NOTICE OF APPEAL

**TO THE CLERK, U.S. DISTRICT COURT, EASTERN DISTRICT OF NEW YORK:**

A Notice of Appeal having been filed herein by  Eric H. Richmond on August 21, 2015
re: [266] Order on Motion to Object/Reclassify/Reduce/Expunge Claims and [369] Decision

**PLEASE TAKE NOTICE** that transmittal is made of the following pursuant to Bankruptcy Rule 8003(d)(1):

1. Order [Doc. No. 266]
2. Decision [Doc. No. 269]
3. Notice of Appeal to District Court with Civil Cover Sheet and Application to Proceed with Prepayment of Fees and Affidavit [Doc. No. 322]
4. Certificate of Service [Doc. No. 324]

                                                          **Robert A. Gavin, Jr.**
                                                          **Clerk of Court**

Dated: Brooklyn, New York                                          **By**: s/ C. Teutonico
         August 25, 2015                                                      *Appeals Clerk*