# Stim & Warmuth, P.C.
## Attorneys at Law
2 EIGHTH STREET
Farmingville, New York 11738

PAULA J. WARMUTH  
GLENN P. WARMUTH

JOSEPH D. STIM (1949-2003)

TELEPHONE 631-732-2000  
FAX 631-732-2662

August 31, 2015

JUDGE BRIAN M. COGAN  
United States District Court  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, NY 11201

Re: Richmond - U.S. Bank  
    Eastern District Case No: 15-04980(BMC)  
    Bankruptcy Court Case No.: 14-41678-CEC

Dear Judge Cogan:

My firm represents P.B. #7 LLC in the above listed Bankruptcy Court action and some related appeals. The Debtor is also in a dispute with U.S. Bank. The Debtor has taken two appeals from Bankruptcy Court orders relating to the dispute with U.S. Bank. The first of these U.S. Bank appeals has been docketed and given case number 15-04980(BMC). The Debtor listed P.B. as the appellee on this appeal and my firm as the attorney for the appellee. My firm does not represent the appellee on this appeal. The attorney for the appellee in case number 15-04980 is:

Jordan S. Katz, Esq.  
40 Marcus Drive  
Suite 200  
Melville, NY 11747  
631-454-8059  
edny@kmk-law.net

Very truly yours,

/s/  
GLENN P. WARMUTH/swi  
enc.  
cc: Office of the United States Trustee  
    By Email: USTPRegion02.BR.ECF@usdoj.gov

Eric H. Richmond (Debtor pro se in Chapter 13)
Michael J. Macco, Trustee
   By Email: ecf@maccosternlaw.com,
   jzarrilli@maccosternlaw.com
 Jordan S Katz, Esq,
   By Email: edny@kmk-law.net
corn-12