UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK
PRO SE OFFICE
U.S. COURTHOUSE
225 CADMAN PLAZA EAST
BROOKLYN NEW YORK 11201

September 1, 2015

Eric H. Richmond
227 4th Avenue
Brooklyn, NY 11215

IN RE: 15-CV-4980 (BMC)

Dear Mr. Richmond:

   The Eastern District Court of New York received your Appeal from Bankruptcy Court on August 25, 2015th and assigned the above mention case number. Upon further review of your action it is unclear based on your submission which order you are appealing and to what parties are designated as appellee. Please submit to the court clarification as to the above-mentioned matters so that the case can procedurally proceed in our Court. If you have any questions you may contact the Pro Se office at (718) 613-2665.

Sincerely,

Pro Se Office
(718) 613 - 2665