UNITED STATES DISTRICT COURT  C/M
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
ERIC H. RICHMOND,

                       **ORDER**

             Appellant,

                       15 Civ. 4980 (BMC)

      - against -

SELECT PORTFOLIO SERVINCING, INC.,
as servicing agent for U.S. Bank National
Association,

             Appellee.
---------------------------------------------------------:X

        On August 25, 2015, Appellant filed a Notice of Appeal designating P.B. #7, LLC as Appellee on this appeal. The Bankruptcy Court's decision dated July 21, 2015 lists the appearances of Eric H. Richmond, as *pro se* Debtor, and Jordan S. Katz, Esq. as counsel for Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank National Association. Because appellant has misdesignated the appellee, the Clerk of the Court is hereby directed to amend the docket sheet as set forth in the caption above; to add the attorney listed in the Bankruptcy Court's Order as counsel to the proper Appellee; and to terminate the misdesignated appellee and its counsel.

        In addition, in accordance with Rule 8007(b) of the Bankruptcy Rules, notice is hereby given of the docketing on August 25, 2015 of the appeal taken in the above-referenced action from an order of the Bankruptcy Court entered on July 21, 2015.

        It is hereby ORDERED as follows:

        1.     Appellant's brief shall be served and filed 14 days after the entry of the appeal on the docket;

2. Appellee's brief shall be served and filed within 14 days after service of the brief of the appellant;

3. Appellant's reply shall be served and filed within 14 days after the service of the brief of the appellee.

Filing and service of the briefs and appendix are to be accomplished in accordance with Rule 8009 of the Bankruptcy Rules. Courtesy copies of the briefs shall be delivered to Chambers through the Clerk's Office.

The Court will advise the parties if it wishes to hear oral argument on the appeal.

**SO ORDERED.**

_____<br>U.S.D.J.

Dated: Brooklyn, New York
      September 3, 2015