**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

In re:                                                                                     Case No. 14-41678-cec

    Eric H. Richmond                                                          Chapter: 13

                             Debtor
-------------------------------------------------------------x

## AMENDED TRANSMITTAL OF NOTICE OF APPEAL

**TO THE CLERK, U.S. DISTRICT COURT, EASTERN DISTRICT OF NEW YORK:**

An Amended Notice of Appeal having been filed herein by   **Eric H. Richmond on September 3, 2015**
**re: [322] Notice of Appeal on [266] Order on Motion to Object/Reclassify/Reduce/Expunge Claims and [369] Decision**

**PLEASE TAKE NOTICE** that transmittal is made of the following pursuant to Bankruptcy Rule 8003(d)(1):

**1. Order [Doc. No. 266]**
**2. Decision [Doc. No. 269]**
**3. Notice of Appeal to District Court with Civil Cover Sheet and Application to Proceed with Prepayment of Fees and Affidavit [Doc. No. 322]**
**4. Certificate of Service [Doc. No. 324]**
**5. Amended Notice of Appeal to District Court with Civil Cover Sheet and Certificate of Service [Doc. No. 350]**

                                          **Robert A. Gavin, Jr.**
                                          **Clerk of Court**

Dated: Brooklyn, New York                                    **By**: s/M. Mendieta
         September 8, 2015                                                     *Appeals Clerk*