**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
In re:

    Eric H. Richmond

                          Debtor
---------------------------------------------------------------x

Case No. 14-41678-cec

Chapter: 13

## AMENDED TRANSMITTAL OF NOTICE OF APPEAL

**TO THE CLERK, U.S. DISTRICT COURT, EASTERN DISTRICT OF NEW YORK:**

An Amended Notice of Appeal having been filed herein by   Eric H. Richmond on September 3, 2015
re: [322] Notice of Appeal on [266] Order on Motion to Object/Reclassify/Reduce/Expunge Claims and [369] Decision

**PLEASE TAKE NOTICE** that transmittal is made of the following pursuant to Bankruptcy Rule 8003(d)(1):

**1. Order [Doc. No. 266]**
**2. Decision [Doc. No. 269]**
**3. Notice of Appeal to District Court with Civil Cover Sheet and Application to Proceed with Prepayment of Fees and Affidavit [Doc. No. 322]**
**4. Certificate of Service [Doc. No. 324]**
**5. Amended Notice of Appeal to District Court with Civil Cover Sheet and Certificate of Service [Doc. No. 350]**

 

**Robert A. Gavin, Jr.**
**Clerk of Court**

Dated: Brooklyn, New York
       September 8, 2015

**By**: s/M. Mendieta
      *Appeals Clerk*