United States Bankruptcy Court
Eastern District Of New York

------------------------------------------------X

In re  Eric H. Richmond, Debtor            Case No. 1-14-41678-cec

Chapter 13

**NOTICE OF AMENDED CIVIL COVER SHEET AND AMENDED NOTICE OF APPEAL**

------------------------------------------------X

PLEASE TAKE NOTICE of the enclosed:

**AMENDED CIVIL COVER SHEET**

**AMENDED NOTICE OF APPEAL**

Both are related to ECF #323 of Case # 14-41678 (cec).

Note that the only change is the replacement of Appellees in the AMENDED CIVIL COVER SHEET and the Party #1 in the AMENDED NOTICE OF APPEAL.

DATED Sep. 3, 2015

ERIC RICHMOND
DEBTOR, PRO SE

To:

Michael Macco - Trustee
135 Pinelawn Road, #120 South
Melville, NY  11747

Jordan S. Katz
Attorneys for Select Portfolio Servicing
395 N. Service Road
Melville, NY  11747

RECEIVED 2015 SEP -4 P 4:30 CLERK U.S. BANKRUPTCY COURT EASTERN DISTRICT OF NEW YORK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

AMENDED CIVIL COVER SHEET (for ECF # 323)

This form is REQUIRED for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. IN RE: Bankruptcy Case No. __14-41678(cec)_____ Adv. Pro. No. *(if applicable)*_____

### Bankruptcy Appeal

| APPELLANTS | APPELLEES |
|---|---|
| Eric H. Richmond | U.S. BANK NATIONAL ASSOCIATION/ SELECT PORTFOLIO SERVICING |

ATTORNEYS (FIRM NAME, ADDRESS, TEL. NO.)
Eric Richmond, Pro Se
227 4th Avenue
Brooklyn NY 11215
(646) 256 – 9613

ATTORNEYS (IF KNOWN)
JORDAN S. KATZ
Attorneys for SELECT PORTFOLIO SERVICING
395 N. SERVICE Rd. SUITE 401
MELVILLE, NY 11747
(631) 454-8105

BASIS OF JURISDICTION: Federal Question

CAUSE OF ACTION - 28:1 334 Bankruptcy Appeal (*Write brief statement of cause.*)

The Bankruptcy court ignored several clear errors and manifest injustices presented in motion to reconsider.

In addition, the Bankruptcy court used a boiler plate denial of motion to reconsider without actually addressing anything, just acting in a fake dismissive way so as to appear to be above addressing the Appellants petty, meaningless issues.

In summation, the court failed to actually address most of Appellants arguments.

This failure to address anything in the motion to reconsider compels the Debtor to appeal to get any redress before the courts.

NATURE OF SUIT: 422 Bankruptcy
Appeal (801) RELATED CASE(S) IN
DISTRICT COURT, IF ANY

DISTRICT JUDGE_____ DOCKET NUMBER_____

*CIVIL CASES ARE DEEMED RELATED IF PENDING CASE INVOLVED:*
 *1. PROPERTY INCLUDED IN AN EARLIER NUMBERED PENDING SUIT*
 *2. SAME ISSUE OF FACT OR GROWS OUT OF THE SAME TRANSACTION*
 *3. VALIDITY OR INFRINGEMENT OF THE SAME PATENT, COPYRIGHT OR TRADEMARK*
Date:_9/3/2015_  Signature of Attorney of Record:_____ *[or Appellant Pro Se]*
*FOR COURT USE ONLY*
APPLYING IFP_____ JUDGE_____ MAG. JUDGE_____

CIVIL COVER SHEET, Bankruptcy Appeal (cont'd)

Did the cause of action arise in Nassau or Suffolk County? __NO___

If YES, please indicate which county:_____

_____

I am currently admitted in the Eastern District of New York and currently a member in good standing of the bar of this court.  YES          __NO - X__

Are you currently the subject of any disciplinary action(s) in this or any other state or federal court?

YES    (If yes, please explain)          __NO - X__

_____

_____

_____

Please provide your bar code and e-mail address below. Your bar code consists of the initials of your first and last name and the last four digits of your social security number, or any other four-digit number registered by the attorney with the Clerk of Court. This information must be provided pursuant to local rule 11.1(b) of the local civil rules.

Attorney Bar Code: __NONE___

E-Mail Address: _brooklynlyceum@gmail.com_____

USBC-84 [r.4/10/03]]

Official Form 17A (12/14)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------;

In Re Eric H. Richmond,

Debtor

Chapter 13

No. 14-41678 (cec)

---------------------------------------;

*[Caption as in Form 16A, 16B, or 16D, as appropriate]*

**AMENDED** NOTICE OF APPEAL AND STATEMENT OF ELECTION

## Part 1: Identify the appellant(s)

1. Name(s) of appellant(s):
   Eric H. Richmond

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   ☐ Plaintiff
   ☐ Defendant
   ☐ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   **X** Debtor
   ☐ Creditor
   ☐ Trustee
   ☐ Other (describe) _____

## Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from: _____
   ORDER DENYING OBJECTION TO CLAIM

2. State the date on which the judgment, order, or decree was entered: July 21, 2015

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: _____   Attorney: **JORDAN S. KATZ**
   US BANK NATIONAL ASSOCIATION / SELECT PORTFOLIO SERVICING
   Attorneys for SELECT PORTFOLIO SERVICING
   395 N. SERVICE Rd. SUITE 401
   MELVILLE, NY 11747 / (631) 454-8105

2. Party: Michael Macco   Attorney: Michael J. Macco
   Trustee
   135 Pinelawn Road – Suite #120 South
   Melville, NY 11747
   Phone: 631-549-7900

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

❏ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

_[signature]_

Date: 9/3/2015

Signature of attorney for appellant(s) (or appellant(s) if not represented by an attorney)

Name, address, and telephone number of attorney (or appellant(s) if not represented by an attorney):

Eric Richmond, Pro Se
227 4th Avenue
Brooklyn, NY  11215
646 256 9613

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re:

    Eric H. Richmond                               Chapter 13

            Debtor.                     Case No.: 14-41678 (CEC)

-----------------------------------------------------------x

## ORDER DENYING MOTION TO RECONSIDER OBJECTION TO PROOF OF CLAIM

    WHEREAS, on April 7, 2014, Eric H. Richmond (the "Debtor"), filed for relief pursuant to chapter 13 of title 11 of the United States Code (the "Bankruptcy Code"); and

    WHEREAS, on August 12, 2014, Select Portfolio Servicing, Inc. filed proof of claim #5 on behalf of U.S. National Bank ("U.S. Bank"), as trustee of Asset Backed Securities Corporation Home Equity Loan Trust, Series NC 2005-HE8, Asset Backed Pass-Through Certificates, Series NC 2005-HE8, which was amended on August 25, 2014 (the "Proof of Claim"); and

    WHEREAS, on November 13, 2014, the Debtor filed a motion objecting to the Proof of Claim (the "Motion") [ECF No. 146]; and

    WHEREAS, on January 16, 2015, U.S. Bank filed opposition to the Motion [ECF No. 182]; and

    WHEREAS, on January 23, 2015, the Debtor filed an affirmation in support of the Motion [ECF No. 191]; and

    WHEREAS, on March 17, 2015 the Court held a hearing on the Motion; and

    WHEREAS, on April 3, 2015, the Debtor filed an affirmation in support of the Motion [ECF No. 220]; and

    WHEREAS, on April 16, 2015, U.S. Bank filed an affirmation in opposition to the Motion [ECF No. 224]; and

    WHEREAS, on May 16, 2015, the Debtor filed an affirmation in support of the Motion [ECF No. 234]; and

    WHEREAS, on July 21, 2015, the Court entered an order and decision denying the Motion (respectively, the "Order" and the "Decision") [ECF Nos. 266 and 269]; and

    WHEREAS, on August 4, 2015, the Debtor filed a motion to reconsider (the "Motion to Reconsider) [ECF No. 272]; and

WHEREAS, Federal Rule 59, made applicable to this matter pursuant to Bankruptcy Rule 9023, permits a party to make a motion "to alter or amend a judgment." Fed. R. Civ. P. 59(e); and

WHEREAS, the Second Circuit has held that "[t]he major grounds justifying reconsideration are an intervening change of controlling law, the availability of new evidence, or the need to correct a clear error or prevent manifest injustice." Virgin Atl. Airways, Ltd. v. Nat'l Mediation Bd., 956 F.2d 1245, 1255 (2d Cir. 1992); and

WHEREAS, under the "clear error" standard, relief is "appropriate only when a court overlooks 'controlling decisions or factual matters that were put before it on the underlying motion' and which, if examined, might reasonably have led to a different result." Corrines v. Am. Physicians Ins. Trust, 769 F. Supp. 2d 584, 593-94 (S.D.N.Y. 2011) (quoting Eisemann v. Greene, 204 F.3d 393, 395 n.2 (2d Cir. 2000)); and

WHEREAS, "reconsideration will generally be denied unless the moving party can point to controlling decisions or data that the court overlooked – matters, in other words, that might reasonably be expected to alter the conclusion reached by the court." Shrader v. CSX Transp., Inc., 70 F.3d 255, 257 (2d Cir. 1995); and

WHEREAS, the Debtor, in the Motion to Reconsider, fails to point to controlling decisions or factual matters that were put before the Court which were overlooked, and if examined, might reasonably have led to a different result; and

WHEREAS, the Court has considered the Debtor's arguments in the Motion to Reconsider and has determined that they are without merit, and that even if they fell within the proper grounds for a Rule 59(e) motion, which they do not, the Debtor's arguments would not alter the Court's reasoning or conclusion in the Decision;

NOW, THEREFORE, IT IS

ORDERED, that the Motion to Reconsider is denied.

Dated: Brooklyn, New York
August 7, 2015

Carla E. Craig
United States Bankruptcy Judge

## CERTIFICATE OF SERVICE

I certify that on September 3, 2015, I served the foregoing **AMENDED CIVIL COVER SHEET AND AMENDED NOTICE OF APPEAL dated September 3, 2015** via the regular United States mail on the following:

Michael Macco - Trustee
135 Pinelawn Road, #120 South
Melville, NY  11747

Jordan S. Katz
Attorneys for Select Portfolio Servicing
395 N. Service Road
Melville, NY  11747

Dated September 3, 2015          By: _____
                                 ERIC RICHMOND
                                 DEBTOR, PRO SE