Eric Richmond
227 4th Avenue
Brooklyn, NY 11215

14-41678 (cec)

☆FILED☆
2015 SEP -3 PM 7:47
CLERK
U.S. DISTRICT COURT
E.D.N.Y.
AFTER HOURS DROP BOX

BANK RUPTCY
Clerk of
The court

RECEIVED
2015 SEP -4 P 4:30
CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK