IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---

Eric H. Richmond, LLC, Appellant,

v.  No.1:15-cv-04980 (BMC/RRM)

US BANK NATIONAL ASSOCIATION, Appellee.

---

ON APPEAL FROM THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---

**REQUESTED CLARIFICATION**

---

ERIC H. RICHMOND - APPELLANT, PRO SE

Appellant, Eric H. Richmond, hereby respectfully files this response to the attached September 1, 2015 letter requesting clarification.

The appeal with District Court Docket # 15-CV-04980 is an appeal of Bankruptcy Case # 14-41678 (cec) Decision dated July 21, 2015 (ECF #265). It is a 21 page decision.

The Notice of Appeal for the aforementioned appeal listed the incorrect party. PB #7 and its attorney Glenn P. Warmuth were replaced via an amended Notice of Appeal by:

**US Bank National Association**

with the following Attorney contact:

Jordan S. Katz
Attorneys for Select Portfolio Servicing
395 N. Service Road, Suite #401
Melville, NY 11747
(631) 454-8105.

Dated ~~August 25, 2015~~
September 8, 2015

Respectfully submitted,

By: /s/ Eric Rh
ERIC RICHMOND
APPELLANT, PRO SE

RECEIVED
SEP - 8 2015
PRO SE OFFICE

Page # 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK
PRO SE OFFICE
U.S. COURTHOUSE
225 CADMAN PLAZA EAST
BROOKLYN NEW YORK 11201

September 1, 2015

Eric H. Richmond
227 4th Avenue
Brooklyn, NY 11215

IN RE: 15-CV-4980 (BMC)

Dear Mr. Richmond:

    The Eastern District Court of New York received your Appeal from Bankruptcy Court on August 25, 2015th and assigned the above mention case number. Upon further review of your action it is unclear based on your submission which order you are appealing and to what parties are designated as appellee. Please submit to the court clarification as to the above-mentioned matters so that the case can procedurally proceed in our Court. If you have any questions you may contact the Pro Se office at (718) 613-2665.

Sincerely,

Pro Se Office
(718) 613 - 2665