**CLERK OF U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
225 CADMAN PLAZA EAST
BROOKLYN, NY 11201

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

NEW YORK
NY 100
27 SEP '15
PM 16 L

neopost
08/27/2015
US POSTAGE $000.48⁵



FIRST CLASS MAIL

ZIP 11201
041M11271726

*Return to Sender*

Eric H. Richmond
227 4th Avenue
Brooklyn, NY 11215

NIXIE        100   7E 1009      0009/23/15
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 11201183299      *2945-06666-27-43

5 D8      11201 01832
11215 1005