**Eckert Seamans Cherin & Mellott, LLC**
David V. Mignardi, Esq.
10 Bank Street, Suite 700
White Plains, New York 10606
(914) 949-2909
*Attorneys for Appellee*
*Select Portfolio Servicing, Inc.,*
*as servicing agent for U.S. Bank National Association*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERIC H. RICHMOND,<br><br>                                Appellant,<br><br>-against-<br><br>SELECT PORTFOLIO SERVICING, INC., as servicing agent for U.S. Bank National Association,<br><br>                                Appellee. | 1:15-cv-04980-ARR<br><br><br><br>**NOTICE OF APPEARANCE** |

     David V. Mignardi, Esq., of Eckert Seamans Cherin & Mellott, LLC, an attorney duly admitted to practice law before this Court, hereby enters an appearance on behalf of Select Portfolio Servicing, Inc., as servicing agent for U.S. Bank National Association and requests that all notices given or required to be served in this case be served upon the above person and that the above person be added to the mailing matrix for this case.

Dated: White Plains, New York
       September 29, 2015

                                                Respectfully Submitted,

                                                /s/ David V. Mignardi
                                                David V. Mignardi, Esq. (DM-1123)
                                                Eckert Seamans Cherin & Mellott, LLC
                                                10 Bank Street, Suite 700
                                                White Plains, New York 10606
                                                T: (914) 949-2909
                                                F: (914) 949-5424
                                                dmignardi@eckertseamans.com

                                                *Attorneys for Appellee*

*Select Portfolio Servicing, Inc., as
servicing agent for U.S. Bank National Association*

TO: Erich H. Richmond
227 4th Avenue
Brooklyn, New York 11215
*Pro-se Appellant*

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused true and correct copies of the foregoing **NOTICE OF APPEARANCE** upon the persons listed below via First Class U.S. Mail, postage prepaid, this 29th day of September, 2015:

> Erich H. Richmond
> 227 4th Avenue
> Brooklyn, New York 11215
> ***Pro-se Appellant***

/s/ *David V. Mignardi (DM-1123)*