United States District Court
Eastern District of New York
CHAMBERS OF
BRIAN M. COGAN
JUDGE
BROOKLYN, NEW YORK 11201

OFFICIAL BUSINESS

NEW YORK
NY 100
30 SEP '15
PM 9 L

neopost
09/10/2015
US POSTAGE $000.48⁵

ZIP 11201
041M11271726



RECEIVED
HON. Brian M. Cogan

SEP 30 2015

**DOCKET & FILE**

Eric H. Richmond
227 4th Avenue
Brooklyn, NY 11215

NIXIE        101   4E 1009       0109/26/15
             RETURN TO SENDER
             INSUFFICIENT ADDRESS
             UNABLE TO FORWARD

BC: 11201              *2545-02796-10-45

11215100527

# Other Orders/Judgments
1:15-cv-04980-BMC Richmond v. Select Portfolio Servicing, Inc.

## U.S. District Court

## Eastern District of New York

### Notice of Electronic Filing

The following transaction was entered on 9/9/2015 at 2:29 PM EDT and filed on 9/9/2015
**Case Name:**       Richmond v. Select Portfolio Servicing, Inc.
**Case Number:**     1:15-cv-04980-BMC
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**ORDER VACATING [5] Notice of Bankruptcy Record with briefing scheduling. The briefing schedule as set forth in the Order at docket [4] remains in effect. Ordered by Judge Brian M. Cogan on 9/9/2015. c/m (Weisberg, Peggy)**

**1:15-cv-04980-BMC Notice has been electronically mailed to:**

Glenn P. Warmuth     glenn.warmuth@stim-warmuth.com, paula.warmuth@stim-warmuth.com

Jordan S. Katz     nicolek@hirschkatz.com

**1:15-cv-04980-BMC Notice will not be electronically mailed to:**

Eric H. Richmond
227 4th Avenue
Brooklyn, NY 11215