**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
In re:                                                                              Case No. 14-41678-cec

                                                  Chapter: 13

            **Eric H. Richmond**


                            **Debtor**                            CV# 15-04980
-------------------------------------------------------------x

### TRANSMITTAL OF ADDITIONAL RECORD ON APPEAL

**TO THE CLERK, U.S. DISTRICT COURT, EASTERN DISTRICT OF NEW YORK:**

A Notice of Appeal having been filed herein by **Eric H. Richmond on August 21, 2015 re: [266] Order Denying Motion to Object/Reclassify/Reduce/Expunge Claims and [269] Decision**

**PLEASE TAKE NOTICE** that transmittal is made of the following pursuant to Bankruptcy Rule 8010(b)(1):

1. Decision [Doc. No. 269]

                                                                                     **Robert A. Gavin, Jr.**
                                                                                                 **Clerk of Court**

Dated: **Brooklyn, New York**                                                  **By**: _s/D. McFadden_____
       **October 9, 2015**                                                                   *Appeals Clerk*