# CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the Brief of Appellee, Select Portfolio Servicing, Inc., as Servicing Agent for U.S. Bank National Association (identified as Docket No. 14) upon the persons listed below via First Class U.S. Mail, postage prepaid, this 9th day of October, 2015:

Eric H. Richmond
2107 Regent Place
Brooklyn, New York 11226
*Pro-se Appellant*

_____
David V. Mignardi, Esq.

{V0286334.1}