# CERTIFICATE OF COMPLIANCE

I hereby certify pursuant to Fed. R. Bankr. P. 8014(a)(7)(C) that the total number of words in the Appellee's Brief (identified as and filed under Dkt. No. 14), inclusive of headings, footnotes, and quotations count and exclusive of pages containing the table of contents, table of citations, statement with respect to oral argument, any addendum containing statutes, rules, or regulations, and any certificates of counsel, is 8,061 words and therefore complies with the type-volume limitation of Fed. R. Bankr. P. 8014(a)(7)(B)(i).

Dated: White Plains, New York
November 5, 2015

Respectfully Submitted,

_____
David V. Mignardi, Esq.
Eckert Seamans Cherin & Mellott, LLC
10 Bank Street, Suite 700
White Plains, New York 10606
T: (914) 949-2909
F: (914) 949-5424
dmignardi@eckertseamans.com

*Attorneys for Appellee*

*Select Portfolio Servicing, Inc., as servicing agent for U.S. Bank National Association*

{V0290159.1}

# CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the within Certificate of Compliance upon the person(s) listed below via First Class U.S. Mail, postage prepaid, this 5th day of November, 2015:

Eric H. Richmond
227 4th Avenue
Brooklyn, New York 11215

2107 Regent Place
Brooklyn, New York 11226
*Pro-se Appellant*

_____
David V. Mignardi

{V0290159.1}