UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
ERIC V. RICHMOND,  JUDGMENT
 15-CV- 4980 (AMD) and
Appellee, 15-CV- 5201 (AMD)

-against-

SELECT PORTFOLIO SERVICING INC.,
as servicing agent for U.S. Bank National
Association,

Appellant.
-------------------------------------------------------X

A Memorandum and Order of Honorable Ann M. Donnelly, United States District Judge, having been filed on February 22, 2016, affirming Judge Carla Craig's July 1, 2015 and August 7, 2015 Orders; and denying Plaintiff's appeals in 15-CV-4980 and 15-CV-5201; it is

ORDERED and ADJUDGED that Judge Carla Craig's July 1, 2015 and August 7, 2015 Orders are affirmed; and that Plaintiff's appeals in 15-CV- 4980 and 15-CV-5201 are denied.

Dated: Brooklyn, New York  Douglas C. Palmer
March 03, 2016  Clerk of Court

by: */s/ Janet Hamilton*
Deputy Clerk