CLERK OF U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NY 11201

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

NEW YORK
NY 100
04 MAR '16
PM 13 L

neopost
03/04/2016
US POSTAGE $000.48⁵

ZIP 11201
041M11271726

15-CV-4980

Eric H. Richmond
227 4th Ave
Brooklyn, NY 11215

NIXIE    101   5E 1     0003/08/16
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 11201183299    *2945-09021-04-44