UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------- X

ERIC RICHMOND,                                   :
                                                 :
                    Appellant,                   :
                                                 : 15 Civ. 4980 (AMD)
          -against-                              : 15 Civ. 5201 (AMD)
P.B. #7, LLC,                                    :
                    Appellee.                    :

---------------------------------------------------------- X

## ON APPEAL FROM THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF NEW YORK

## AFFIRMATION IN SUPPORT OF
## MOTION TO RECONSIDER DENIAL OF APPEALS

APPELLANT believes that the District Court made numerous clear errors and caused several manifest injustices in the denial of appeals dated February 22, 2016.

Appellant requests that the court grant the motion to reconsider and any other relief that the court deems just and proper.

DATE: March 21, 2016                    Sincerely,

                                        Eric Richmond
                                        Debtor, pro se

## CERTIFICATE OF SERVICE

I certify that on March 21, 2016, I served the foregoing **MOTION TO RECONSIDER DENIAL OF APPEALS** dated March 21, 2016 via the regular United States mail on the following:


Glenn P. Warmuth, Esq.
Stim & Warmuth, P.C.
2 Eighth Street
Farmingdale, NY 11738

Michael Macco - Trustee
2950 Expy Dr S #109
Islandia, NY 11749

David V. Mignardi,Esq.
Eckert Seamans Cherin & Mellot, LLC
10 Bank Street, Suite 700
White Plains,New York 10606


Dated March 21, 2016          By: _____

                                   ERIC RICHMOND
                                   DEBTOR, PRO SE