

**ECKERT SEAMANS**
ATTORNEYS AT LAW

Eckert Seamans Cherin & Mellott, LLC
10 Bank Street
Suite 700
White Plains, NY 10606

TEL 914 949 2909
FAX 914 949 5424
www.eckertseamans.com

David V. Mignardi
Direct 914 286 2633
dmignardi@eckertseamans.com

April 22, 2016

***By ECF Only:***
Honorable Ann M. Donnelly, U.S.D.J.
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Eric H. Richmond v. Select Portfolio Servicing, Inc., et al*
Appeals from the United States Bankruptcy Court, Eastern District of New York
Civil Action Nos. 15-04980-AMD; 15-05201-AMD

Dear Judge Donnelly:

This firm represents creditor-appellee Select Portfolio Servicing, Inc., as servicing agent for U.S. Bank National Association ("Appellee"), in the above-referenced bankruptcy appeals.

As your Honor may recall, this Court entered judgments affirming the bankruptcy Court's July 1, 2015 and August 7, 2015 Orders and denying the above-referenced bankruptcy appeals on March 3, 2016. In response to the motions filed by debtor-appellant Eric H. Richmond ("Appellant") for "reconsideration" thereof, Appellee submitted correspondences, dated March 23, 2016, arguing that said motions are untimely under Fed.R.Bankr.P. 8022. This Court deemed said motions as having been timely filed in its March 29, 2016 text Order.

However, the text Order did not contemplate Appellant's March 28, 2016 motions to extend his time to file notices of appeals of this Court's judgments. In light of the text Order, Appellee believes said motions are moot but respectfully requests the issuance of a scheduling Order to the extent this Court views said motions differently.

Respectfully yours,

/s/ *David V. Mignardi*

David V. Mignardi

cc: Eric H. Richmond (via first class mail)
2107 Regent Place
Brooklyn, New York 11226

{V0326150.1}