FORM 1

NOTICE OF APPEAL



Rec'd 6/23/16 NM

\* \* \* \* \* \* \* \* \* \*

UNITED STATES DISTRICT COURT
**Eastern** FOR THE DISTRICT OF **New York**

Eric H. Richmond

```
                    *
                    *
                    *
                    *       NOTICE OF APPEAL
                    *       15-4980
Select Portfolio Servicing INC.  *    ─────────────
                    *       Docket No.
```

Notice is hereby given that **Eric Richmond**
(party)

hereby appeals to the United States Court of Appeals for the Second Circuit from the decision
(describe it) Dismissal of appeal

entered in this action on the **22** day of **February**, 20**16**.

*[signature: Eri Richmond]*
Signature

**Eric Richmond**
Printed Name

**2107 Regent Place**
Address

**Brooklyn, NY 11226**

(**646**) **256 9613**
Telephone No. (with area code)

Date: **06/22/2016**