FORM 1

NOTICE OF APPEAL

* * * * * * * * * *

RECEIVED
JUN 2 2 2016
PRO SE OFFICE

UNITED STATES DISTRICT COURT

FOR THE

Eastern ____ DISTRICT OF New York _rec'd 6/23/16 ___

Eric H. Richmond
_____
                        *
                        *
                        *
                        *
Select Portfolio Servicing INC.   *
_____  *

NOTICE OF APPEAL *(Amended)*

**15-4980**
_____
Docket No.

Notice is hereby given that **Eric Richmond** _____

(party)

hereby appeals to the United States Court of Appeals for the Second Circuit from the decision

(describe it) Denial of Reconsideration

entered in this action on the **8** day of **June** , 20**16** .

_____
Signature

**Eric Richmond**
_____
Printed Name

**2107 Regent Place**
_____
Address

**Brooklyn, NY  11226**
_____

( 646 ) 256 9613
_____
Telephone No. (with area code)

Date: 06/22/2016 _____

## CERTIFICATE OF SERVICE

ROXANNE BOHANA does hereby affirm under the penalties of perjury: I am not a party to this action. I am over the age of 21 years. I reside at 2107 Regent Place, Brooklyn, NY 11226. On June 22, 2016, I served the four (4) Notices of Appeal of Eric Richmond by mailing a true copy on June 22, 2016 to:

| Jordan S. Katz | David Vincent Mignardi | Michael Macco - Trustee |
|---|---|---|
| Hirsch & Katz | Eckert Seamans Cherin Mellot, LLC | 2950 Expy Dr S #109 |
| 585 Stewart Avenue, Ste L-70 | 10 Bank Street | Islandia, NY 11749 |
| Garden City, NY 11530 | Suite 700 | |
| 516-227-2552 | White Plains, NY 10606 | |
| 516-227-3331 (fax) | 914-949-2909 | |
| jkatz@hirschkatz.com | 914-949-5424 (fax) | |
| | dmignardi@eckertseamans.com | |

by depositing it enclosed in a postpaid properly addressed wrapper by first class mail in the post office or official depository at Brooklyn, New York State under the exclusive care and custody of the United States Postal Service.

Dated: Brooklyn, NY June 22, 2016   By: _____

Roxanne Bohana
2107 Regent Place
Brooklyn, NY 11226



RECEIVED
JUN 2 2 2016
PRO SE OFFICE
Rec'd 6/23/16